IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

INNOVATION TECHNOLOGIES,
INC.,

   Plaintiff,

     v.

SPLASH! MEDICAL DEVICES,
LLC,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-0647-TWT

ORDER

This is a patent infringement action. It is before the Court on the Plaintiff's Motion for Reconsideration of Order on Motion for Attorney's Fees [Doc. 127] which is DENIED.

SO ORDERED, this 16 day of May, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge