IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INNOVATION TECHNOLOGIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION FILE ) ) NO. 1: 06-CV-0647-TWT |
| SPLASH! MEDICAL DEVICES, LLC., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that plaintiff Innovation Technologies, Inc. in the above-named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order awarding attorneys' fees to Splash! Medical Devices, LLC entered in this action on March 23, 2007 and from the Order denying Innovation Technologies, Inc.'s Motion for Reconsideration or Clarification entered in this action on May 18, 2007.

This 18th day of June, 2007.

/s/ Elisa S. Kodish
Richard B. North, Jr.
  Georgia Bar No. 545599
richard.north@nelsonmullins.com
Elisa Smith Kodish
  Georgia Bar No. 656769
elisa.kodish@nelsonmullins.com
**Attorneys for Appellant**
**Innovation Technologies, Inc.**

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E., Suite 1400
Atlanta, Georgia  30309
Tel (404) 817-6000
Fax (404) 817-6050

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INNOVATION TECHNOLOGIES, INC., | ) ) ) |
| Plaintiff, | ) ) ) CIVIL ACTION FILE |
| v. | ) ) NO. 1: 06-CV-0647-TWT |
| SPLASH! MEDICAL DEVICES, LLC., | ) ) ) ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June, 2007, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing and by depositing a copy of same in the United States Mail in a properly addressed envelope with sufficient postage affixed thereto to ensure delivery to the following attorneys of record:

Marvin A. Glazer
Cahill, Von Hellens & Glazer, P.L.C.
2141 E. Highland Avenue, Suite 155
Phoenix, Arizona 85016

Celeste McCollough
Chorey, Taylor & Feil
3399 Peachtree Road, N.E., Suite 1700
Atlanta, Georgia 30326

*/s/ Elisa S. Kodish*_____
Elisa S. Kodish
Georgia Bar No. 656769

NELSON MULLINS RILEY & SCARBOROUGH LLP
999 Peachtree Street, N.E., Suite 1400
Atlanta, Georgia 30309
Tel (404) 817-6000
Fax (404) 817-6050